IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of the )<br>Interior; ROSS O. SWIMMER, Special )<br>Trustee; HENRY PAULSON, Secretary )<br>of the Treasury )<br>)<br>Defendants. )<br>_____) | Case No. No. 06-cv-02245-JR |

NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearances of Martin J. LaLonde, Laura M.L. Maroldy, and Anthony P. Hoang as counsel of record for Defendants in this case.

    Service of all papers on Mr. LaLonde, Ms. Maroldy, and Mr. Hoang by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    All hand or overnight-mail deliveries to Mr. LaLonde, Ms. Maroldy, and Mr. Hoang should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3150
    Washington, D.C.  20004

    Respectfully submitted this 22nd day of February, 2007,

                      MATTHEW McKEOWN
                      Acting Assistant Attorney General

                      */s/ Martin J. LaLonde*
                      MARTIN J. LALONDE, IL Bar #6218249
                      Martin.Lalonde@usdoj.gov

                      */s/ Laura M.L. Marolody*
                      LAURA M.L. MAROLDY, MD Bar#24409
                      Larua.Maroldy@usdoj.gov

                      */s/ Anthony P. Hoang*
                      ANTHONY P. HOANG, FL Bar #798193
                      Anthony.Hoang@usdoj.gov
                      United States Department of Justice
                      Environment and Natural Resources
                          Division
                      Natural Resources Section
                      P.O. Box 663
                      Washington, D.C.  20044-0663
                      Tel: (202) 305-0247
                      Tel: (202) 305-0241
                      Tel: (202) 514-4565
                      Fax: (202) 353-2120

                      Attorneys for Defendants

OF COUNSEL:

ELISABETH BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227