IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AK-CHIN                          )
INDIAN COMMUNITY,                )
                                 )
        Plaintiff,               )
                                 )
        v.                       )        Case No. No. 06-cv-02245-JR
                                 )
DIRK KEMPTHORNE, Secretary of the )
Interior; ROSS O. SWIMMER, Special )
Trustee; HENRY PAULSON, Secretary )
of the Treasury                  )
                                 )
        Defendants.              )
_____)

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), Defendants

Dirk Kempthorne, Secretary of the Interior; Ross O. Swimmer, Special Trustee, Department of

the Interior; and Henry M. Paulson, Secretary of the Treasury, respectfully move this Court for a

fourteen (14) day extension of time, to and including March 13, 2007 within which to file an

Answer or otherwise respond to the Complaint.  This motion is Defendants' first such motion.

The grounds for this motion are as follows:

1.      Plaintiff  filed this case on December 29, 2006.   Additionally, Plaintiff

simultaneously filed a companion case for damages in the United States Court of Federal Claims,

Ak-Chin Indian Community v. Kempthorne, No. 06-cv-00932-ECH (CFC).  Plaintiff's

allegations in both cases relate to the trust accounting and trust mismanagement duties and

responsibilities allegedly owed by Defendants to Plaintiff.

2.     Under RFCF 12, the deadline for Defendants to file their Answer or otherwise respond to the Complaint is currently February 27, 2007.

3.     In addition to this case and Plaintiff's companion case in the United States Court of Federal Claims, Ak-Chin Indian Community v. Kempthorne, No. 06-cv-00932-ECH, Plaintiff's counsel has filed or is handling six other lawsuits against the United States and/or the Secretaries of the Interior and the Treasury and the Special Trustee for American Indians, on behalf of three other tribes, in this Court and in the United States Court of Federal Claims.  In total, Plaintiff's counsel is currently representing four Tribes (including Plaintiff), and, on behalf of those Tribes, has filed or is handling four cases for declaratory and injunctive relief in this Court (including this case)[1] and four companion cases in the Court of Federal Claims.[2]  All of these cases are Tribal trust accounting and trust mismanagement cases.

4.     By counsel's computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court, in the United States Court of Federal Claims, and in the United States District Courts in Oklahoma.  Approximately 78 of these 103 cases were initiated within the last months of 2006.  See Exhibit 1.  This number includes the eight cases that have been filed or that are being handled by Plaintiff's counsel.

---

[1]     The four cases that Plaintiff's counsel have filed or are handling in the United States District Court are Ak-Chin Indian Community v. Kempthorne, No. 06-cv-02245-JR; Passamaquoddy Tribe of Maine v. Kempthorne, No. 06-cv-02240-JR; Salt River Pima-Maricopa Indian Community v. Kempthorne, No. 06-cv-02241; and Tohono O'Odham Nation v. Kempthorne, No. 06-cv-02236-JR.

[2]     The four cases that Plaintiff's counsel have filed or are handling in this Court are Ak-Chin Indian Community v. United States, No. 06-cv-00932-ECH; Passamaquoddy Tribe v. United States, No. 06-cv-00942-LJB; Salt River Pima-Maricopa Indian Community v. United States, No. 06-cv-00943; and Tohono O'Odham Nation v. United States, No. 06-cv-00944-EGB.

5.     Counsel for Defendant has been and continues to be working diligently with attorneys from the Solicitor's Office for the United States Department of the Interior and from the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury to prepare its Answer or response to the Complaint in this case, as well as the Complaints in the other seven cases filed by Plaintiff's counsel and in some of the cases filed by other Tribes and their attorneys.  Nevertheless, given the sheer volume and logistics of handling the newly filed cases, especially when applied to the presently limited resources of the Departments of Justice (DOJ), the Treasury (Treasury), and the Interior (Interior), Defendant is unable to complete its Answer or response in this case in sufficient time, so that it can submit it for review and approval by the appropriate officials at DOJ, Interior, and Treasury; incorporate or address any comments; finalize the document; and file it on or before the February 27, 2007 filing deadline.

6.     Defendant's counsel, Anthony P. Hoang, contacted Plaintiff's counsel Keith Harper about this motion on February 20, 2007, and, on February 21, Mr. Harper stated that Plaintiff does not oppose Defendant's request for extension.

7.     On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case .  On the other hand, the denial of this motion will adversely affect the ability of Defendant to prepare adequately the necessary papers for, and to obtain the appropriate review of those papers before, filing in this case.

WHEREFORE, Defendant respectfully requests that its unopposed motion for extension of time be granted.

Respectfully submitted this 22nd day of February, 2007,

3

MATTHEW McKEOWN
Acting Assistant Attorney General


*/s/ Martin J. LaLonde*
MARTIN J. LALONDE, IL Bar #6218249
Martin.Lalonde@usdoj.gov
LAURA M.L. MAROLDY, MD Bar#24409
Larua.Maroldy@usdoj.gov
ANTHONY P. HOANG, FL Bar #798193
Anthony.Hoang@usdoj.gov
United States Department of Justice
Environment and Natural Resources
        Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0247
Tel: (202) 305-0241
Tel: (202) 514-4565
Fax: (202) 353-2120

Attorneys for Defendants

OF COUNSEL:

ELISABETH BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AK-CHIN                                )
INDIAN COMMUNITY,                      )
                                       )
    Plaintiff,                         )
                                       )
    v.                                 )        Case No. No. 06-cv-02245-JR
                                       )
DIRK KEMPTHORNE, Secretary of the      )
Interior; ROSS O. SWIMMER, Special     )
Trustee; HENRY PAULSON, Secretary      )
of the Treasury                        )
                                       )
    Defendants.                        )
_____)

**[PROPOSED] ORDER**

    This matter is before the Court on the Defendants' motion for extension of time within

which to answer or otherwise respond to the complaint.  Upon consideration of the Defendants'

motion and for good cause shown, it is hereby ordered that:

    1.    The Defendant's motion should be and hereby is GRANTED;

    2.    Defendant shall file its Answer or otherwise respond to the Complaint on or

before March 13, 2007.

    SO ORDERED.


Date: _____        _____
                                         HON. JAMES ROBERTSON
                                         Judge, United States Court of Federal Claims

1

# EXHIBIT 1

**CURRENT TRIBAL TRUST ACCOUNTING AND TRUST MISMANAGEMENT CASES**

**I.**

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 1   | *Ak-Chin Indian Community v. Kempthorne* No. 06-cv-02245-JR |
| 2   | *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation v. Kempthorne* No. 02-cv-00035-JR |
| 3   | *Cheyenne River Sioux Tribe v. Kempthorne* No. 06-cv-01897-JR |
| 4   | *Chippewa Cree Tribe of the Rocky Boy's Reservation v. Kempthorne* No. 02-cv-00276-JR |
| 5   | *Coeur d'Alene Tribe v. Kempthorne* No. 06-cv-02242-JR |
| 6   | *Colorado River Indian Tribes v. Kempthorne* No. 06-cv-02212-JR |
| 7   | *Confederated Tribes of the Colville Reservation v. Kempthorne* No. 05-cv-02471-JR |
| 8   | *Confederated Tribes of the Goshute Reservation v. Kempthorne* No. 06-cv-01902-JR |
| 9   | *Crow Creek Sioux Tribe v. Kempthorne* No. 04-cv-00900-JR |
| 10  | *Eastern Shawnee Tribe of Oklahoma v. Kempthorne* No. 06-cv-02162-JR |
| 11  | *Gila River Indian Community v. Kempthorne* No. 06-cv-02249-JR |
| 12  | *Haudenosaunee, Onondaga Nation v. Kempthorne* No. 06-cv-02254-JR |
| 13  | *Iowa Tribe of Kansas and Nebraska v. Kempthorne* No. 06-cv-01899-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 14  | *Lower Brule Sioux Tribe v. Kempthorne*<br>No. 05-cv-02495-JR |
| 15  | *Muskogee (Creek) Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-02161-JR |
| 16  | *Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribes, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, and Santee Sioux Tribe of Nebraska v. Kempthorne*<br>No. 06-cv-02239-JR |
| 17  | *Northern Cheyenne Tribe of Indians v. Kempthorne*<br>No. 06-cv-02250-JR |
| 18  | *Northwestern Band of Shoshone Indians v. Kempthorne*<br>No. 06-cv-02163-JR |
| 19  | *Oglala Sioux Tribe v. Kempthorne*<br>No. 04-cv-01126-JR |
| 20  | *Omaha Tribe of Nebraska v. Kempthorne*<br>No. 04-cv-00901-JR |
| 21  | *Osage Tribe of Indians of Oklahoma v. United States*<br>No. 04-cv-00283-JR |
| 22  | *Passamaquoddy Tribe of Maine v. Kempthorne*<br>No. 06-cv-02240-JR |
| 23  | *Pechanga Band of Luiseno Mission Indians v. Kempthorne*<br>No. 06-cv-02206-JR |
| 24  | *Prairie Band of Potawatomi Nation v. Kempthorne*<br>No. 05-cv-02496-JR |
| 25  | *Red Cliff Band of Lake Superior Indians v. Kempthorne*<br>No. 06-cv-02164-JR |
| 26  | *Rosebud Sioux Tribe v. Kempthorne*<br>No. 05-cv-02492-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 27 | *Salt River Pima-Maricopa Indian Community v. Kempthorne* <br> No. 06-cv-02241-JR |
| 28 | *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Kempthorne* <br> No. 02-cv-00254-JR |
| 29 | *Sokaogon Chippewa Community v. Kempthorne* <br> No. 06-cv-02247-JR |
| 30 | *Standing Rock Sioux Tribe v. Kempthorne* <br> No. 02-cv-00040-JR |
| 31 | *Stillaguamish Tribe of Indians v. Kempthorne* <br> No. 06-cv-01898-JR |
| 32 | *Te-Moak Tribe of Western Shoshone Indians v. Kempthorne* <br> No. 05-cv-02500-JR |
| 33 | *Three Affiliated Tribes of the Fort Berthold Reservation v. Kempthorne* <br> No. 02-cv-00253-JR |
| 34 | *Tohono O'Odham Nation v. Kempthorne* <br> No. 06-cv-02236-JR |
| 35 | *Winnebago Tribe of Nebraska v. Kempthorne* <br> No. 05-cv-02493-JR |
| 36 | *Wyandot Nation of Kansas v. Kempthorne* <br> No. 05-cv-02491-JR |
| 37 | *Yankton Sioux Tribe v. Kempthorne* <br> No. 03-cv-01603-JR |

II.

| No. | Names and Civil Docket Numbers of Cases Filed<br>In United States District Courts in Oklahoma |
|-----|---------------------------------------------------------------------------------------------------|
| 1 | *Alabama-Quassarte Tribal Town v. Kempthorne*<br>No. 06-cv-00558-RAW (E.D. Okla.) |
| 2 | *Chickasaw Nation and Choctaw Nation v. Department of the Interior*<br>No. 05-cv-01524-W (W.D. Okla.) |
| 3 | *Kaw Nation v. Kempthorne*<br>No. 06-cv-01437-W (W.D. Okla.) |
| 4 | *Miami Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-00698-JHP-SAJ (N.D. Okla.) |
| 5 | *Otoe-Missouria Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-01436-C (W.D. Okla.) |
| 6 | *Ponca Tribe of Indians of Oklahoma v. Kempthorne*<br>No. 06-cv-01439-C (W.D. Okla.) |
| 7 | *Seminole Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-00556-SPS (E.D. Okla.) |
| 8 | *Tonkawa Tribe of Indians v. Kempthorne*<br>No. 06-cv-01435-F (W.D. Okla.) |
| 9 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States*<br>No. 06-cv-00559-RAW (E.D. Okla.) |

**III.**

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|----------------------------------------------------------------------------------|
| 1 | *Ak-Chin Indian Community v. United States* No. 06-cv-00932-ECH |
| 2 | *Blackfeet Tribe of the Blackfeet Indian Reservation v. United States* No. 02-cv-00127-LSM |
| 3 | *Cheyenne River Sioux Tribe v. United States* No. 06-cv-00915-NBF (ADR Judge Marian B. Horn) |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund)* No. 92-cv-00675-ECH |
| 5 | *Coeur d'Alene Tribe v. United States* No. 06-cv-00940-EJD |
| 6 | *Colorado River Indian Tribes v. United States* No. 06-cv-00901-LAS |
| 7 | *Confederated Tribes of the Goshute Reservation v. United States* No. 06-cv-00912-EGB |
| 8 | *Confederated Tribes of the Warm Springs Reservation of Oregon v. United States* No. 02-cv-00126-SGB |
| 9 | *Crow Creek Sioux Tribe v. United States* No. 05-cv-1383L-MCW |
| 10 | *Delaware Tribe of Indians and the Delaware Trust Board v. United States* No. 02-cv-00026-FMA |
| 11 | *Eastern Shawnee Tribe of Oklahoma v. United States* No. 06-cv-00917-CFL |
| 12 | *[Eastern] Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States / [Northern] Arapahoe Indian Tribe of the Wind River Reservation, Wyoming v. United States* No. 79-cv-00458-ECH |

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|-----|--------------------------------------------------------------------------------------|
| 13  | *Eastern Shoshone Tribe  v. United States, Northern Arapaho Tribe v. United States*<br>No. 06-cv-00903-ECH |
| 14  | *Gros Ventre Tribe and Assiniboine Tribe  v. United States*<br>No. 06-cv-00931-NBF |
| 15  | *Haudenosaunee v. United States*<br>No. 06-cv-00909-TCW |
| 16  | *Hoopa Valley Tribe v. United States*<br>No. 06-cv-00908-LMB (ADR Judge Marian B. Horn) |
| 17  | *Hopi Tribe v. United States*<br>No. 06-cv-00941-CFL |
| 18  | *Iowa Tribe of Kansas and Nebraska v. United States*<br>No. 06-cv-00920-EJD |
| 19  | *Jicarilla Apache Nation v. United States*<br>No. 02-cv-00025-FMA (ADR Judge Eric G. Bruggink) |
| 20  | *Kaw Nation of Oklahoma v. United States*<br>No. 06-cv-00934-FMA |
| 21  | *Lower Brule Sioux Tribe v. United States*<br>No. 06-cv-00922-LB |
| 22  | *Makah Indian Tribe of the Makah Indian Reservation v. United States*<br>No. 06-cv-00889-LJB (ADR Judge Marian B. Horn) |
| 23  | *Miami Tribe of Oklahoma v. United States*<br>No. 06-cv-00939-ECH |
| 24  | *Muscogee (Creek) Nation of Oklahoma v. United States*<br>No. 06-cv-00918-JFM |
| 25  | *Navajo Nation v. United States*<br>No. 06-cv-00945-FMA |
| 26  | *Nez Perce Tribe v. United States*<br>No. 06-cv-00910-CFL |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|------------------------------------------------------------------------------------|
| 27 | *Northwestern Band of Shoshone Indians v. United States* No. 06-cv-00914-LB |
| 28 | *Oglala Sioux Tribe v. United States* No. 05-cv-1378L-RHH |
| 29 | *Omaha Tribe of Nebraska v. United States* No. 06-cv-00911-NBF |
| 30 | *Osage Nation of Oklahoma v. United States* No. 99-cv-00550-ECH (consolidates 00-169) |
| 31 | *Otoe-Missouria Tribe of Indians of Oklahoma v. United States* No. 06-cv-00937-LAS |
| 32 | *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States* No. 06-cv-00897-MCW |
| 33 | *Passamaquoddy Tribe v. United States* No. 06-cv-00942-LJB (ADR Judge Marian B. Horn) |
| 34 | *Pawnee Nation of Oklahoma v. United States* No. 07-cv-00002-SGB |
| 35 | *Prairie Band of Potawatomi Indians v. United States* No. 06-cv-00921-LJB (ADR Judge Marian B. Horn) |
| 36 | *Pueblo of Laguna v. United States* No. 02-cv-00024-FMA (ADR Judge Eric G. Bruggink) |
| 37 | *Pueblo of Santa Ana v. United States* No. 06-cv-00892-LAS |
| 38 | *Quechan Tribe of the Fort Yuma Indian Reservation v. United States* No. 06-cv-00888-SGB |
| 39 | *Red Cliff Band of Lake Superior Chippewa Indians v. United States* No. 06-cv-00923-JPW |
| 40 | *Rosebud Sioux Tribe v. United States* No. 06-cv-00924-JFM |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|----------------------------------------------------------------------------------|
| 41 | *Round Valley Indian Tribes v. United States* No. 06-cv-00900-SGB |
| 42 | *Salt River-Pima-Maricopa Tribes v. United States* No. 06-cv-00943-LMB (ADR Judge Marian B. Horn) |
| 43 | *San Manuel Band of Serrano Missions Indians v. United States* No. 06-cv-00893-CCM |
| 44 | *Seminole Nation of Oklahoma v. United States* No. 06-cv-00935-GWM |
| 45 | *Soboba Band of Luiseno Indians v. United States* No. 06-cv-00894-NBF |
| 46 | *Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) v. United States* No. 06-cv-00930-LJB (ADR Judge Marian B. Horn) |
| 47 | *Stillaguamish Tribe of Indians v. United States* No. 06-cv-00916-NBF (ADR Judge Marian B. Horn) |
| 48 | *Swinomish Indian Tribal Community v. United States* No. 06-cv-00899-FMA |
| 49 | *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. United States* No. 06-cv-00904-LJB (ADR Judge Marian B. Horn) |
| 50 | *Tohono O'odham Nation v. United States* No. 06-cv-00944-EGB |
| 51 | *Tonkawa Tribe of Indians of Oklahoma v. United States* No. 06-cv-00938-BAF (ADR Judge Marian B. Horn) |
| 52 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States* No. 06-cv-00936-TCW |
| 53 | *Ute Indian Tribe of the Uintah and Ouray Reservation v. United States* No. 06-cv-00866-MCW |
| 54 | *Winnebago Tribe of Nebraska v. United States* No. 06-cv-00913-MMS |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|----------------------------------------------------------------------------------|
| 55  | *Wyandot Nation of Kansas v. United States* <br> No. 06-cv-00919-LMB (ADR Judge Marian B. Horn) |
| 56  | *Yankton Sioux Tribe v. United States* <br> No. 05-cv-1291-LB |
| 57  | *Yomba Shoshone Tribe v. United States* <br> No. 06-cv-00896-EJD |