# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY,<br><br>        Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; ROSS O. SWIMMER, Special Trustee; HENRY PAULSON, Secretary of the Treasury,<br><br>        Defendants | Civil Action No. 06-cv-02245-JR |

## MOTION FOR ADMISSION *PRO HAC VICE* OF EDWARD R. ROYBAL II

Pursuant to LCvR 83.2, the undersigned, a member in good standing of the bar of this Court, respectfully moves that this Court admit Edward R. Roybal II, Esq., *pro hac vice* to represent Plaintiffs in the above-captioned matter. I represent that:

    **1**.    Mr. Roybal's full name is Edward R. Roybal II. His office address is Strickland and Strickland, P.C., 6124 E. Brown Road, Suite 101, Mesa, AZ 85205. His telephone number is (480) 854-8474 and facsimile number is (480) 854-8687. His e-mail address is ERoybal@stricklandlaw.net.

    **2**.    Mr. Roybal has been a member in good standing of the Arizona State Bar since 1995 and the California State Bar since 2006. Mr. Roybal is also admitted to practice before the United States District Court for District of Arizona.

    **3**.    Mr. Roybal is a member in good standing of the courts listed above and never has been denied admission nor disciplined in any court. He has not been admitted *pro hac vice* in this Court in the past two years.

**4**.   Mr. Roybal's qualifications to be admitted *pro hac vice* in this matter are more fully set forth in the accompanying Declaration of Edward R. Roybal II (Exhibit 1 hereto).

This 23rd day of April, 2007

Respectfully submitted,

_____/s/ Keith Harper_____
Keith M. Harper
D.C. Bar No. 451956
Kilpatrick Stockton LLP
607 14th Street, N.W. Suite 900
Washington, D.C. 20005
(202) 508-5844

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY,<br><br>        Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; ROSS O. SWIMMER, Special Trustee; HENRY PAULSON, Secretary of the Treasury,<br><br>        Defendants | Civil Action No. 06-cv-02245-JR |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served **MOTION FOR ADMISSION** *PRO HAC VICE* **OF EDWARD R. ROYBAL II** by serving electronically upon all attorneys of record for each party via the Court's Electronic Case Filing system



Respectfully submitted, this the 23rd day of April 2007

                                                          /s/ Keith Harper
                                                     Keith M. Harper
                                                     D.C. Bar No. 451956
                                                     Kilpatrick Stockton LLP
                                                     607 14th Street, N.W. Suite 900
                                                     Washington, D.C. 20005
                                                     (202) 508-5844

EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; ROSS O. SWIMMER, Special Trustee; HENRY PAULSON, Secretary of the Treasury,<br><br>Defendants | Civil Action No. 06-cv-02245-JR |

## DECLARATION OF EDWARD R. ROYBAL II

1.  I hereby request leave of this Court to appear in this matter as counsel *pro hac vice*. I have been retained to so appear in association with Keith M. Harper, who is counsel of record for Plaintiffs and is an active member of the bar of this Court.

2.  My full name is Edward R. Roybal II. I am a resident of the State of Arizona. My office address is Strickland and Strickland, P.C., 6124 E. Brown Road, Suite 101, Mesa, AZ 85205. My telephone number is (480) 854-8474 and facsimile number is (480) 854-8687. My e-mail address is ERoybal@stricklandlaw.net.

3.  I have been a member in good standing with the Arizona State Bar since 1995. I have been a member in good standing with the California State Bar since 2006. I am also admitted to practice before the United States District Court for District of Arizona.

4.  I have never resigned nor been reprimanded, suspended, placed on inactive status or disbarred from the practice of law, and there are no grievances pending against me.

5.  I have not been admitted *pro hac vice* in this Court in the past two years.

6.  I personally do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and I do have an application for membership pending before the District of Columbia Bar.

I have read the foregoing Declaration of two (2) typewritten pages and swear that it is true and correct.

Edward R. Roybal II

Dated: April 12, 2007

US1900 5806226.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; ROSS O. SWIMMER, Special Trustee; HENRY PAULSON, Secretary of the Treasury,<br><br>    Defendants | Civil Action No. 06-cv-02245-JR |

**PROPOSED ORDER ADMITTING EWARD R. ROYBAL II *PRO HAC VICE***

  It appearing to the Court that Edward R. Roybal II, attorney-at-law, stated by declaration that he meets the requirements for admission *Pro Hac Vice* in this case and he is in good standing to practice in the States of Arizona and California.

  IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Edward R. Roybal II to appear in the United States District Court for the District of Columbia is hereby GRANTED.

  SO ORDERED this _____ day of _____, 2007.

                        _____
                        Judge James Robertson
                        United States District Judge

US1900 5806230.1