# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE AK-CHIN INDIC COMMUNITY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DIRK KEMPTHORNE,** ) <br> Secretary of the Interior, et al. ) <br> ) <br> **Defendants.** ) <br> _____) | Case No. 06-cv-02245-JR <br> Judge James Robertson |

## NOTICE OF APPEARANCE

Please enter the appearance of G. William Austin as counsel in the above captioned action on behalf of the Plaintiff, the Ak-Chin Indian Community.

Respectfully submitted this 25th day of April 2007,

                                                          \_\_\_/s/ G. William Austin, III_____
                                                          G. WILLIAM AUSTIN, III
                                                          Kilpatrick Stockton LLP
                                                          607 14th Street, NW Ste. 900
                                                          Washington, D.C. 20005
                                                          baustin@kilpatrickstockton.com
                                                          Phone: (202) 508-5842
                                                          Fax: (202) 585-0053
                                                          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2007 I served the foregoing Notice of Appearance upon counsel of records via the Court's Electronic Case Filing service.

Dated: April 25, 2007

                                                /s/ G. William Austin, III
                                                G. WILLIAM AUSTIN, III
                                                Kilpatrick Stockton LLP
                                                607 14th Street, NW Ste. 900
                                                Washington, D.C. 20005
                                                baustin@kilpatrickstockton.com
                                                Phone: (202) 508-5842
                                                Fax: (202) 585-0053
                                                Attorney for Plaintiff