**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AK-CHIN INDIAN COMMUNITY,           :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 06-2245 (JR)
                                    :
DIRK KEMPTHORNE, Secretary of       :
the Interior, *et al.*,             :
                                    :
        Defendants.                 :

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Edward R. Roybal II [6], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                    JAMES ROBERTSON
                            United States District Judge