IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| )<br>Assiniboine & Sioux Tribes of the Fort )<br>Peck Indian Reservation v. Norton, *et al.*, )<br>) | Civil Action No. 02-0035 (JR) |
| Standing Rock Sioux Tribe v. Norton, *et al.*,)<br>) | Civil Action No. 02-0040 (JR) |
| Three Affiliated Tribes of the Fort )<br>Berthold Reservation v. Norton, *et al.*, )<br>) | Civil Action No. 02-0253 (JR) |
| Shoshone-Bannock Tribes of the Fort )<br>Hall Reservation v. Norton, *et al.*, )<br>) | Civil Action No. 02-0254 (JR) |
| Chippewa Cree Tribe of the Rocky Boy's )<br>Reservation v. Norton, *et al.*, )<br>) | Civil Action No. 02-0276 (JR) |
| Yankton Sioux Tribe v. Norton, *et al.*, )<br>) | Civil Action No. 03-1603 (JR) |
| Osage Tribe of Indians of Oklahoma )<br>v. United States of America, *et al.*, )<br>) | Civil Action No. 04-0283 (JR) |
| Crow Creek Sioux Tribe )<br>v. Kempthorne, *et al.*, )<br>) | Civil Action No. 04-0900 (JR) |
| Omaha Tribe of Nebraska )<br>v. Kempthorne, *et al.*, )<br>) | Civil Action No. 04-0901 (JR) |
| Oglala Sioux Tribe v. Kempthorne, *et al.*, )<br>) | Civil Action No. 04-1126 (JR) |
| The Confederated Tribes of the Colville )<br>Reservation v. Norton, *et al.*, )<br>) | Civil Action No. 05-2471 (JR) |
| Wyandot Nation of Kansas )<br>v. Kempthorne, *et al.*, )<br>) | Civil Action No. 05-2491 (JR) |
| Rosebud Sioux Tribe v. Kempthorne, *et al.*, )<br>) | Civil Action No. 05-2492 (JR) |
| Winnebago Tribe of Nebraska )<br>v. Kempthorne, *et al.*, )<br>) | Civil Action No. 05-2493 (JR) |
| Lower Brule Sioux Tribe )<br>v. Kempthorne, *et al.*, )<br>) | Civil Action No. 05-2495 (JR) |

| | | |
|---|---|---|
| Prairie Band of Potawatomi Nation<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 05-2496 (JR) |
| Te-Moak Tribe of Western Shoshone<br>Indians v. Norton, *et al.*, | )<br>)<br>) | Civil Action No. 05-2500 (JR) |
| Cheyenne River Sioux Tribe<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-1897 (JR) |
| Stillaguamish Tribe of Indians<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-1898 (JR) |
| Iowa Tribe of Kansas and Nebraska<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-1899 (JR) |
| Confederated Tribes of the Goshute<br>Reservation v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-1902 (JR) |
| Muskogee (Creek) Nation of Oklahoma<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-2161 (JR) |
| Eastern Shawnee Tribe of Oklahoma<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-2162 (JR) |
| Northwestern Band of Shoshone<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-2163 (JR) |
| Red Cliff Band of Lake Superior Indians<br>Indians v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-2164 (JR) |
| Pechanga Band of Luiseno Mission Indians<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-2206 (JR) |
| Colorado River Indian Tribes<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-2212 (JR) |
| Tohono O'Odham Nation<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-2236 (JR) |
| Nez Perce Tribe, *et al.*,<br>v. Kempthorne, *et al.*, | )<br>)<br>) | Civil Action No. 06-2239 (JR) |
| Passamaquoddy Tribe of Maine<br>v. Kempthorne, *et al.*, | )<br>) | Civil Action No. 06-2240 (JR) |

|  |  |  |
|---|---|---|
| Salt River Pima-Maricopa Indian | ) | Civil Action No. 06-2241 (JR) |
| Community v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Coeur D'Alene Tribe v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2242 (JR) |
| | ) | |
| Ak-Chin Indian Community | ) | Civil Action No. 06-2245 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Sokaogon Chippewa Community | ) | Civil Action No. 06-2247 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Gila River Indian Community | ) | Civil Action No. 06-2249 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Northern Cheyenne Tribe of Indians | ) | Civil Action No. 06-2250 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Haudenosaunee: The Onondaga Nation | ) | Civil Action No. 06-2254 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| _____ | ) | |

## DEFENDANTS' MOTION FOR A REMAND AND STAY OF LITIGATION

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Defendants hereby move

for a remand in, and a stay of the litigation of the above-captioned thirty-seven (37) cases so that

the United States Department of the Interior (Interior) can prepare and issue a plan to address the

Tribes' requests for accounting of their trust funds and non-monetary trust assets.  As explained

in the accompanying memorandum of points and authorities and the supporting declaration of

Ross Swimmer, Interior commits to preparing and issuing a historical accounting plan for all

tribes within six (6) months of the date of this Court's grant of the remand and entry of the stay.

At the conclusion of this initial stay, Interior will provide its historical accounting plan to

Plaintiffs and the Court.  The Court should defer any decision on further proceedings until

Interior provides its historical accounting plan, at which time the parties can advise the Court of

their proposals for further proceedings based on the plan. The conduct and completion of tribal accountings under Interior's accounting plan would not begin until after the Court has considered the parties' proposals and determined whether the stay and remand should continue or whether other proceedings should occur first.

As a necessary consequence of a remand, the Court should suspend proceedings in this case, especially formal discovery, to permit Interior to focus its human and financial resources on the preparation and issuance of the tribal historical accounting plan. To the extent any of the Plaintiffs in the above-listed thirty-seven (37) cases claim any breach of legal duty beyond those related to the handling of tribal trust funds and assets, those claims, as well as any others, also should be stayed pending completion of the historical tribal accounting plan.

Pursuant to LCvR 7, counsel for Defendants contacted or attempted to contact all of Plaintiffs' counsel about this motion by telephone and/or e-mail. In all but three cases, Plaintiffs' counsel stated that Plaintiffs would oppose this motion. Of the remaining three Plaintiffs, counsel for the Three Affiliated Tribes of the Fort Berthold Reservation stated that Plaintiff was unable to provide a position on Defendants' motion until after reviewing Defendants' motion and brief in support thereof; and counsel for the Sokaogon Chippewa Community and the Shoshone-Bannock Tribes of the Fort Hall Reservation had not responded to Defendants' messages and e-mails seeking their position by the time of the filing of this motion.

Respectfully submitted this 10th day of August 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
ANTHONY P. HOANG
JOHN H. MARTIN
KEVIN J. LARSEN
MAUREEN RUDOLPH
United States Department of Justice
Environment and Natural Resources
Division
Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0247
Tel: (202) 305-0241
Tel: (202) 305-0479
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

GLADYS COJOCARI
PAUL B. SMYTH
ELISABETH BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the forgoing DEFENDANTS'

MOTION FOR A REMAND AND STAY OF LITIGATION, THE MEMORANDUM IN

SUPPORT THEREOF, THE ATTACHMENTS AND EXHIBITS THERETO, AND THE

PROPOSED ORDER were served on August 10, 2007, by Electronic Case Filing and/or by

overnight mail, postage prepaid, on the following counsel:

*<u>Counsel for Assiniboine & Sioux Tribes of the
Fort Peck Indian Reservation</u>*
William R. Perry
Anne D. Noto
SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY
1425 K Street, N.W., Suite 600
Washington, D.C.  20005
(202) 682-0249 FAX

*<u>Counsel for Standing Rock Sioux Tribe</u>*
William R. Perry
SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY
1425 K Street, N.W., Suite 600
Washington, D.C.  20005
 (202) 682-0249 FAX

*<u>Counsel for Three Affiliated Tribes of the Fort Berthold Reservation</u>*
Alexander J. Pires, Jr.
4401 Q Street, N.W.
Washington, D.C. 20007
 (202) 338-3635 FAX

*<u>Counsel for Shoshone-Bannock Tribes of the Fort Hall Reservation</u>*
Anne D. Noto
SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY
1425 K Street, N.W., Suite 600
Washington, D.C.  20005
(202) 682-0249 FAX

Jeanette Wolfley
202 North Arthur
Pocatello, ID  83204
(208) 232-7472 FAX

**_Counsel for Chippewa Cree Tribe of the Rocky Boy's Reservation_**
Daniel D. Belcourt
Kim J. Gottschalk
Mark Christopher Tilden
Melody L. McCoy
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Fax: 303-443-7776 FAX

**_Counsel for Yankton Sioux Tribe_**
Albert A. Foster, Jr.
John J. Lynch
DILLINGHAM & MURPHY LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036
(202) 835-9885 FAX

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL  33160
(305) 931-0877 FAX

**_Counsel for Osage Tribe of Indians of Oklahoma_**
Deborah Y. Ho
PIPESTEM LAW FIRM, P.C.
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 659-4931 FAX

**_Counsel for Crow Creek Sioux Tribe_**
Gregory A. Yates
16830 Ventura Boulevard
Suite 250
Encino, CA 91436
(818) 905-7038 FAX

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Thomas V. Girardi
Keith D. Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

### Counsel for Omaha Tribe of Nebraska
Gregory A. Yates
16830 Ventura Boulevard
Suite 250
Encino, CA 91436
(818) 905-7038 FAX

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067-4107
(310) 552-9434 FAX

Thomas V. Girardi
Keith D. Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

### Counsel for Oglala Sioux Tribe
Gregory A. Yates
16830 Ventura Boulevard

Suite 250
Encino, CA 91436
(818) 905-7038 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Thomas V. Girardi
Keith D. Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for The Confederated Tribes of Coville_**
Allen Vern Farber
DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Washington, DC 20005-1209
(202) 230-5354 FAX

Thomas W. Christie
OFFICE OF THE RESERVATION ATTORNEY CONFEDERATED TRIBES
OF THE COLVILLE RESERVATION
One Colville Street
Nespelem, WA 99155
(509) 634-2387 FAX

**_Counsel for Wyandot Nation of Kansas_**
Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach

Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Rosebud Sioux Tribe_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
(818) 905-7038 FAX

**_Counsel for Winnebago Tribe of Nebraska_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Lower Brule Sioux Tribe_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Prairie Band of Potawatomi Nation_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard

Los Angeles, CA 90017
(213) 481-1554 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
(818) 905-7038 FAX

**_Counsel for Te-Moak Tribe of Western Shoshone_**

Albert A. Foster, Jr.
DILLINGHAM & MURPHY LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036
(202) 835-9885 FAX

**_Counsel for Cheyenne River Sioux Tribe_**

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Stillaguamish Tribe of Indians_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

1Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
(818) 905-7038 FAX

**_Counsel for Iowa Tribe of Kansas and Nebraska_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

***Counsel for Confederated Tribes of the Goshute Reservation***
      Patricia Ann Marks
      15992 A.E. Mullnix Road
      Woodbine, MD 21797-8440
      (301) 854-5117 FAX

      Brian J. Leinbach
      Walter J. Lack
      ENGSTROM, LIPCOMB & LACK
      10100 Santa Monica Boulevard
      16th Floor
      Los Angeles, CA 90067
      (310) 552-9434 FAX

      Keith D. Griffin
      Thomas V. Girardi
      GIRARDI & KEESE
      1126 Wilshire Boulevard
      Los Angeles, CA 90017
      (213) 481-1554 FAX

***Counsel for Muskogee (Creek) Nation of Oklahoma***
      Patricia Ann Marks
      15992 A.E. Mullnix Road
      Woodbine, MD 21797-8440
      (301) 854-5117 FAX

      Walter J. Lack
      Brian J. Leinbach
      ENGSTROM, LIPSCOMB & LACK
      10100 Santa Monica Blvd., 16th Floor
      Los Angeles, CA  90067-4107
      (310) 552-9434 FAX

      Thomas V. Girardi
      Keith Griffin
      GIRARDI & KEESE
      1126 Wilshire Boulevard
      Los Angeles, CA 90017-1904
      (213) 481-1554 FAX

      Gregory A. Yates
      16830 Ventura Blvd, Suite 250
      Encino, CA 91436
      (818) 905-7038 FAX

***Counsel for Eastern Shawnee Tribe of Oklahoma***
      Patricia Ann Marks
      15992 A.E. Mullnix Road
      Woodbine, MD 21797-8440
      (301) 854-5117 FAX

***Counsel for Northwestern Band of Shoshone***
      Patricia Ann Marks
      15992 A.E. Mullnix Road
      Woodbine, MD 21797-8440
      (301) 854-5117 FAX

***Counsel for Red Cliff Band of Lake Superior Indians***
      Patricia Ann Marks
      15992 A.E. Mullnix Road
      Woodbine, MD 21797-8440
      (301) 854-5117 FAX

***Counsel for Pechanga Band of Luiseno Mission Indians***
      Steven D. Gordon
      Lynn E. Calkins
      Stephen J. McHugh
      HOLLAND & KNIGHT LLP
      2099 Pennsylvania Avenue, NW
      Suite 100
      Washington, DC 20006-6801
      (202) 955-5564 FAX

***Counsel for Colorado River Indian Tribes***
      Steven D. Gordon
      Lynn E. Calkins
      Stephen J. McHugh
      HOLLAND & KNIGHT LLP
      2099 Pennsylvania Avenue, NW
      Suite 100
      Washington, DC 20006-6801
      (202) 955-5564 FAX

***Counsel for Tohono O'Odham Nation***
      Keith M. Harper
      George William Austin, III
      KILPATRICK STOCKTON, LLP
      607 14th Street, NW
      Suite 900
      Washington, DC 20005
      (202) 585-0919 FAX

**_Counsel for Nez Perce Tribe, et al._**

David L. Gover
Donald R. Wharton
John E. Echohawk
Melody L. McCoy
Walter R. Echo-Hawk, Jr.
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
(303) 443-7776 FAX

Dawn Sturdevant Baum
NATIVE AMERICAN RIGHTS FUND
1712 N Street, NW
Washington, DC 20036
(202) 822-0068 FAX

**_Counsel for Passamaquoddy Tribe of Maine_**

Keith M. Harper
George William Austin, III
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 585-0919 FAX

**_Counsel for Salt River Pima-Maricopa Indian_**

Keith M. Harper
George William Austin, III
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 585-0919 FAX

**_Counsel for Coeur D'Alene Tribe_**

Allen Vern Farber
DRINKER BIDDLE & REATH LLP
1301 K Street, NW
Suite 900, East Tower
Washington, DC 20005-3317
(202) 230-5354 FAX

Eric R. Van Orden
THE COEUR d'ALENE TRIBE

Office of Legal Counsel
850 A Street
Plummer, ID 83851
(208) 686-0400

### Counsel for Ak-Chin Indian Community

Keith M. Harper
George William Austin, III
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 585-0919 FAX

Edward R. Roybal, II
STRICKLAND AND STRICKLAND, P.C.
6124 E. Brown Road
Suite 101
Mesa, AZ 85205
(480) 854-8687 FAX

### Counsel for Sokaogon Chippewa Community

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

### Counsel for Gila River Indian Community

Nicole H. Sprinzen
AKIN, GUMP, STRAUSS, HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Suite 400
Washington, DC 20036
(202) 887-4288 FAX

### Counsel for Northern Cheyenne Tribe of Indians

Steven D. Gordon
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
(202) 955-5564 FAX

### Counsel for Haudenosaunee: The Onondaga Nation

Curtis Gene Berkey

ALEXANDER, BERKEY, WILLIAMS & WEATHERS, LLP
2030 Addison Street
Suite 410
Berkeley, CA 94704
510-548-7080 FAX


_/s/ Alaina L. Van Horn_
ALAINA L. VAN HORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| | ) | |
| Assiniboine & Sioux Tribes of the Fort Peck Indian Reservation v. Norton, *et al.*, | ) ) | Civil Action No. 02-0035 (JR) |
| | ) | |
| Standing Rock Sioux Tribe v. Norton, *et al.*, | ) ) | Civil Action No. 02-0040 (JR) |
| | ) | |
| Three Affiliated Tribes of the Fort Berthold Reservation v. Norton, *et al.*, | ) ) | Civil Action No. 02-0253 (JR) |
| | ) | |
| Shoshone-Bannock Tribes of the Fort Hall Reservation v. Norton, *et al.*, | ) ) | Civil Action No. 02-0254 (JR) |
| | ) | |
| Chippewa Cree Tribe of the Rocky Boy's Reservation v. Norton, *et al.*, | ) ) | Civil Action No. 02-0276 (JR) |
| | ) | |
| Yankton Sioux Tribe v. Norton, *et al.*, | ) | Civil Action No. 03-1603 (JR) |
| | ) | |
| Osage Tribe of Indians of Oklahoma v. United States of America, *et al.*, | ) ) | Civil Action No. 04-0283 (JR) |
| | ) | |
| Crow Creek Sioux Tribe v. Kempthorne, *et al.*, | ) ) | Civil Action No. 04-0900 (JR) |
| | ) | |
| Omaha Tribe of Nebraska v. Kempthorne, *et al.*, | ) ) | Civil Action No. 04-0901 (JR) |
| | ) | |
| Oglala Sioux Tribe v. Kempthorne, *et al.*, | ) | Civil Action No. 04-1126 (JR) |
| | ) | |
| The Confederated Tribes of the Colville Reservation v. Norton, *et al.*, | ) ) | Civil Action No. 05-2471 (JR) |
| | ) | |
| Wyandot Nation of Kansas v. Kempthorne, *et al.*, | ) ) | Civil Action No. 05-2491 (JR) |
| | ) | |
| Rosebud Sioux Tribe v. Kempthorne, *et al.*, | ) | Civil Action No. 05-2492 (JR) |
| | ) | |
| Winnebago Tribe of Nebraska v. Kempthorne, *et al.*, | ) ) | Civil Action No. 05-2493 (JR) |
| | ) | |
| Lower Brule Sioux Tribe v. Kempthorne, *et al.*, | ) ) | Civil Action No. 05-2495 (JR) |
| | ) | |

Prairie Band of Potawatomi Nation )    Civil Action No. 05-2496 (JR)
v. Kempthorne, *et al.*, )
)
Te-Moak Tribe of Western Shoshone )    Civil Action No. 05-2500 (JR)
Indians v. Norton, *et al.*, )
)
Cheyenne River Sioux Tribe )    Civil Action No. 06-1897 (JR)
v. Kempthorne, *et al.*, )
)
Stillaguamish Tribe of Indians )    Civil Action No. 06-1898 (JR)
v. Kempthorne, *et al.*, )
)
Iowa Tribe of Kansas and Nebraska )    Civil Action No. 06-1899 (JR)
v. Kempthorne, *et al.*, )
)
Confederated Tribes of the Goshute )    Civil Action No. 06-1902 (JR)
Reservation v. Kempthorne, *et al.*, )
)
Muskogee (Creek) Nation of Oklahoma )    Civil Action No. 06-2161 (JR)
v. Kempthorne, *et al.*, )
)
Eastern Shawnee Tribe of Oklahoma )    Civil Action No. 06-2162 (JR)
v. Kempthorne, *et al.*, )
)
Northwestern Band of Shoshone )    Civil Action No. 06-2163 (JR)
v. Kempthorne, *et al.*, )
)
Red Cliff Band of Lake Superior Indians )    Civil Action No. 06-2164 (JR)
Indians v. Kempthorne, *et al.*, )
)
Pechanga Band of Luiseno Mission Indians )    Civil Action No. 06-2206 (JR)
v. Kempthorne, *et al.*, )
)
Colorado River Indian Tribes )    Civil Action No. 06-2212 (JR)
v. Kempthorne, *et al.*, )
)
Tohono O'Odham Nation )    Civil Action No. 06-2236 (JR)
v. Kempthorne, *et al.*, )
)
Nez Perce Tribe, *et al.*, )    Civil Action No. 06-2239 (JR)
v. Kempthorne, *et al.*, )
)
Passamaquoddy Tribe of Maine )    Civil Action No. 06-2240 (JR)
v. Kempthorne, *et al.*, )

- 2 -

|  |  |  |
|---|---|---|
| | ) | |
| Salt River Pima-Maricopa Indian | ) | Civil Action No. 06-2241 (JR) |
| Community v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Coeur D'Alene Tribe v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2242 (JR) |
| | ) | |
| Ak-Chin Indian Community | ) | Civil Action No. 06-2245 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Sokaogon Chippewa Community | ) | Civil Action No. 06-2247 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Gila River Indian Community | ) | Civil Action No. 06-2249 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Northern Cheyenne Tribe of Indians | ) | Civil Action No. 06-2250 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Haudenosaunee: The Onondaga Nation | ) | Civil Action No. 06-2254 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |

## [PROPOSED] ORDER

This matter is before the Court on Defendants' Motion for A Remand and Stay Of Litigation. Upon consideration of the Motion and for good cause shown, it is hereby ORDERED:

1.      Defendants' Motion is GRANTED.

2.      The accounting claims in these cases are remanded to the Department of the Interior for a period of six months from the date of this Order.  During such time, the Department of the Interior will complete an historical accounting plan for tribal trust funds and assets.  At the conclusion of this initial stay, Interior will provide its historical tribal accounting plan to plaintiffs and the Court.

3.      The above-captioned cases shall be stayed through the completion of the historical accounting plan.

SO ORDERED.

Date: _____          _____
                                           HON. JAMES ROBERTSON
                                           United States District Court Judge