**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-2245 (JR) |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | : |
| Defendants. | : |

**ORDER**

Upon review of plaintiff's status report filed on January 18, 2008 [27], it is **ordered** that the Clerk set a status conference for February 25, 2008.


JAMES ROBERTSON
United States District Judge