IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AK-CHIN INDIAN COMMUNITY  ) | No. 06-2245 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| PASSAMAQUODDY TRIBE OF MAINE ) | No. 06-2240 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| SALT RIVER PIMA-MARICOPA ) | No. 06-2241 (JR) |
| INDIAN COMMUNITY v. ) | |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| TOHONO O'ODHAM NATION ) | No. 06-2236 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, ) | |
| _____) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF
### CATHERINE FERRETTI MUNSON

Pursuant to LCvR 83.2, the undersigned, a member in good standing of the bar of this Court, respectfully moves that this Court admit Catherine Ferretti Munson, Esq., *pro hac vice* to represent Plaintiffs in the above-captioned matters. The grounds for this motion are as follows:

1. Ms. Munson's full name is Catherine Ferretti Munson. Her office address is Kilpatrick Stockton LLP, 607 14th Street, N.W., Suite 900, Washington, D.C. 20005. Her telephone number is (202) 824-1435 and facsimile number is (202) 585-0017. Her e-mail address is cmunson@kilpatrickstockton.com.

2. Ms. Munson has been a member in good standing of the Georgia State Bar since 2000. She is also admitted to practice before the United States Court of Federal Claims, United States Court of Appeals for the Federal Circuit, United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the Eleventh Circuit.

3. Ms. Munson has never been disciplined by any bar. She has not been admitted *pro hac vice* in this Court in the past two years.

4. Ms. Munson's qualifications to be admitted *pro hac vice* in this matter are more fully set forth in the accompanying Declaration of Catherine Ferretti Munson (Exhibit 1 hereto).

This 2nd day of April, 2008

Respectfully submitted,

___/s/ G. William Austin_____
G. William Austin, III
D.C. Bar No. 478417
Kilpatrick Stockton LLP
607 14th Street, NW Suite 900
Washington, D.C. 20005
(202) 508-5842

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* for Catherine Ferritti Munson was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

>John H. Martin, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>1961 Stout Street, Eighth Floor
>Denver, CO  80294
>
>Kevin E. Regan, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C.  20044-0663

This 2nd day of April, 2008.

>   /s/ G. William Austin
>G. WILLIAM AUSTIN
>D.C. Bar No. 478417
>E-mail: baustin@kilpatrickstockton.com
>KILPATRICK STOCKTON LLP
>607 14th Street, N.W.
>Suite 900
>Washington, D.C.  20005
>Phone:  (202) 508-5800
>
>*Attorney for Plaintiffs*

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY ) <br> v. DIRK KEMPTHORNE, *et al.*, ) <br> ) | No. 06-2245 (JR) |
| PASSAMAQUODDY TRIBE OF MAINE ) <br> v. DIRK KEMPTHORNE, *et al.*, ) <br> ) | No. 06-2240 (JR) |
| SALT RIVER PIMA-MARICOPA ) <br> INDIAN COMMUNITY v. ) <br> DIRK KEMPTHORNE, *et al.*, ) <br> ) | No. 06-2241 (JR) |
| TOHONO O'ODHAM NATION ) <br> v. DIRK KEMPTHORNE, *et al.*, ) <br> ) | No. 06-2236 (JR) |

### **DECLARATION OF CATHERINE FERRETTI MUNSON**

1. I request leave of this Court to appear in this matter as counsel *pro hac vice*. I have been retained to so appear in association with G. William Austin, III, who is counsel of record for the Plaintiffs and is an active member of the bar of this Court.

2. My full name is Catherine Ferretti Munson. I am a resident of the State of Virginia. My office address is Kilpatrick Stockton, LLP, 607 14th Street, N.W., Suite 900, Washington, D.C. 20005. My telephone number is (202) 824-1435 and facsimile number is (202) 585-0017. My e-mail address is cmunson@kilpatrickstockton.com.

3. I have been a member in good standing of the Georgia State Bar since 2000. I am also admitted to practice before the following courts: United States District Court for the Northern District of Georgia, United States Court of Appeals for the

US2000 10740338.1

Eleventh Circuit, United States Court of Federal Claims and the United States Court of Appeals for the Federal Circuit.

4. I have never been disciplined by any bar and there are no grievances pending against me.

5. I have not been admitted *pro hac vice* in this Court during the last two years.

6. I personally do engage in the practice of law in an office located in the District of Columbia. I am not a member of the District of Columbia Bar, but I have an application for membership to the D.C. Bar pending.

I have read the foregoing Declaration of two typewritten pages and swear that it is true and correct.

Catherine Ferretti Munson

Dated April 2, 2008.

US2000 10740338.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AK-CHIN INDIAN COMMUNITY | ) | No. 06-2245 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, | ) | |
| | ) | |
| PASSAMAQUODDY TRIBE OF MAINE | ) | No. 06-2240 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, | ) | |
| | ) | |
| SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. DIRK KEMPTHORNE, *et al.*, | ) | No. 06-2241 (JR) |
| | ) | |
| TOHONO O'ODHAM NATION v. DIRK KEMPTHORNE, *et al.*, | ) | No. 06-2236 (JR) |

**ORDER ADMITTING CATHERINE FERRETTI MUNSON *PRO HAC VICE***

It appearing to the Court that Catherine Ferretti Munson, attorney-at-law, stated by declaration that she meets the requirements for admission *Pro Hac Vice* in this case and that she is in good standing to practice in the State of Georgia.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Catherine Ferretti Munson to appear in the United States District Court for the District of Columbia is hereby GRANTED.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge