IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AK-CHIN INDIAN COMMUNITY | ) | No. 06-2245 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, | ) | |
| | ) | |
| PASSAMAQUODDY TRIBE OF MAINE | ) | No. 06-2240 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, | ) | |
| | ) | |
| SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. DIRK KEMPTHORNE, *et al.*, | ) ) ) | No. 06-2241 (JR) |
| | ) | |
| TOHONO O'ODHAM NATION v. DIRK KEMPTHORNE, *et al.*, | ) ) | No. 06-2236 (JR) |
| | ) | **(Electronically filed on May 12, 2008)** |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Trustee-Delegates have moved the Court for a 60-day enlargement of time to respond to the Plaintiff-Beneficiaries' Motions for Entry of Trust Record Preservation Orders filed on April 29, 2008 in each of these four tribal trust cases. Plaintiff-Beneficiaries respond to Trustee-Delegates' Motions For Enlargement of Time as follows:

1.   Trustee-Delegates first contacted Plaintiff-Beneficiaries' counsel by e-mail at approximately 7:30 p.m. on Friday night, May 9, 2008, to meet and confer with respect to this motion as mandated by the Local Rules. Plaintiff-Beneficiaries' counsel responded that Plaintiff-Beneficiaries would not object to a shorter extension, but that a 60-day extension was excessive and unreasonable. *See* e-mail from K. Harper to K. Regan (May 9, 2008) (responding to K. Regan e-mail to K. Harper sent at 7:29 pm on May 9, 2008) (attached as Ex. 1).

US2000 10740338.1

2. Plaintiff-Beneficiaries maintain this position. There is no legitimate reason to allow Trustee-Delegates two and a half months to respond to Plaintiff-Beneficiaries' Motions for Entry of Trust Record Preservation Orders. For the reasons set forth below, an enlargement of 30 days should be more than enough time for Trustee-Delegates to complete and file their Responses.

3. Plaintiff-Beneficiaries' Motions do not present matters of first impression. To the contrary, these same issues have been litigated time and again in the Court of Federal Claims and this Court. Since 2004, document preservation orders have been entered in at least seven tribal trust cases pending in the Court of Federal Claims. *See, e.g.*, *Quechan Tribe of the Fort Yuma Indian Reservation v. United States*, No. 06-888L (Fed. Cl. Oct. 25, 2007); *Kaw Nation of Okla. v. United States*, No. 06-934L (Fed. Cl. Oct. 24, 2007); *Round Valley Indian Tribes v. United States*, No. 06-900L (Fed. Cl. Oct. 1, 2007); *Navajo Nation f.k.a Navajo Tribe of Indians v. United States*, No. 06-945L (Fed. Cl. Sept. 10, 2007); *Swinomish Indian Tribal Community v. United States*, No. 06-899L (Fed. Cl. Aug. 24, 2007); *Pueblo of Laguna v. United States*, 60 Fed. Cl. 133, 141-143 (2004); *Jicarilla Apache Nation v. United States*, No. 02-25L (Fed. Cl. Mar. 19, 2004).

4. The issues to be addressed by Trustee-Delegates in these four cases have thus been briefed and re-briefed by government counsel. Indeed, just two and one-half weeks ago Trustee-Delegates filed a 32-page brief in Opposition to a Motion for Document Preservation in *Seminole Nation of Oklahoma v. U.S.*, No. 06-935L. The arguments they presented in *Seminole* were virtually identical to the contentions presented in the other tribal cases in which preservation orders have been entered. This is

hardly a situation where Trustee-Delegates will be starting from scratch in responding to Plaintiff-Beneficiaries' Motion.

5. Granting Trustee-Delegates a 60-day enlargement will only serve to delay the entry of document preservation orders which are so urgently needed. Indeed, within the past month, the government has notified the Court of Federal Claims of damage to an additional 11 boxes of trust records in its possession. *See Ak-Chin Indian Community*, Mem. of Points and Authorities in Support of Pl.'s Mot. For Entry of Trust Records Preservation Order [Doc. 38] at 26-27 ("Memorandum in Support") (citing *Navajo Nation*, No. 06-945L (Fed. Cl. Apr. 15, 2008) ("Defendant's Notification of Discovery of Document Damage")). Thus, notwithstanding Trustee-Delegates' assurances that they have put in a place a system to protect irreplaceable trust records from destruction and loss, the problem persists. Accordingly, the Court's timely consideration of the issue should not be thwarted by allowing Trustee-Delegates an enlargement that is neither reasonable nor justifiable.

6. An undue delay in consideration of Plaintiff-Beneficiaries' Motions will prejudice Plaintiff-Beneficiaries. As explained in more detail in Plaintiff-Beneficiaries' Memorandums in Support, the records Plaintiff-Beneficiaries seek to preserve are the vital lifeblood of the trust and are critical to obtaining the relief Plaintiff-Beneficiaries seek. These documents are in jeopardy. They are not safely held; they are constantly being moved; they are often stored in facilities with dilapidated conditions.

7. Plaintiff-Beneficiaries urge the Court to grant no more than a 30-day enlargement of time for Trustee-Delegates to respond to Plaintiff-Beneficiaries' Motion. Limiting the enlargement in this fashion will permit briefing of the preservation issues to

be completed by early July.  This, in turn, would allow the document preservation issue (which Plaintiff-Beneficiaries raised well in advance of Trustee-Delegates' anticipated Motions to Dismiss) to be argued on the same date -- July 24, 2008 -- as the Motions to Dismiss.  Accordingly, the Court should grant Trustee-Delegates no more than a 30-day extension to file their responses and allow Plaintiff-Beneficiaries 14 days to file their Replies.

This 12th day of May, 2008.

Respectfully submitted,

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621, Admitted *Pro Hac Vice*
Email: cmunson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

> John H. Martin, Esq.
> United States Department of Justice
> Environmental and Natural Resources Division
> Natural Resources Section
> 1961 Stout Street, Eighth Floor
> Denver, CO  80294
>
> Kevin E. Regan, Esq.
> United States Department of Justice
> Environmental and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C.  20044-0663

This 12th day of May, 2008.

>  /s/ Keith Harper
> KEITH HARPER
> D.C. Bar No. 451956
> E-mail: kharper@kilpatrickstockton.com
> G. WILLIAM AUSTIN
> D.C. Bar No. 478417
> E-mail: baustin@kilpatrickstockton.com
> CATHERINE F. MUNSON
> Georgia Bar No. 529621, Admitted *Pro Hac Vice*
> Email: cmunson@kilpatrickstockton.com
> KILPATRICK STOCKTON LLP
> 607 14th Street, N.W.
> Washington, D.C. 20005
> Phone: (202) 508-5800
>
> *Attorneys for Plaintiffs*

US2000 10740338.1

**Harper, Keith**

---

| | |
|---|---|
| **From:** | Regan, Kevin (ENRD) [Kevin.Regan@usdoj.gov] |
| **Sent:** | Friday, May 09, 2008 8:01 PM |
| **To:** | Harper, Keith; Munson, Catherine; Austin, Bill |
| **Cc:** | Maroldy, Laura (ENRD); Hoang, Anthony (ENRD); Martin, John H. (ENRD-NRS); mmccoy@narf.org; bleinbach@elllaw.com |
| **Subject:** | RE: Ak-Chin Indian Community v. Kempthorne, et al.; Passamaquoddy Tribe of Maine v. Kempthorne, et al.; Salt River Pima Maricopa v. Kempthorne, et al.; Tohono O'odham Nation v. Kempthorne, et al. |

Dear Keith:

I appreciate your rapid response on short notice. We will be filing a motion for a sixty-day extension of time in the above cases, as I discussed in my previous email. If you require an extension of time for your reply in support of these motions, we will be happy to consent.

Have a good weekend.

Sincerely,
Kevin Regan

-----Original Message-----
From: Harper, Keith [mailto:kharper@kilpatrickstockton.com]
Sent: Friday, May 09, 2008 7:36 PM
To: Regan, Kevin (ENRD); Munson, Catherine; Austin, Bill
Cc: Maroldy, Laura (ENRD); Hoang, Anthony (ENRD); Martin, John H. (ENRD-NRS); mmccoy@narf.org; bleinbach@elllaw.com
Subject: Re: Ak-Chin Indian Community v. Kempthorne, et al.; Passamaquoddy Tribe of Maine v. Kempthorne, et al.; Salt River Pima Maricopa v. Kempthorne, et al.; Tohono O'odham Nation v. Kempthorne, et al.


Dear Kevin:

While the plaintiff tribes we represent would not oppose a reasonable enlargement of time, we do not concur that 60 days is reasonable and, accordingly, we oppose your motion. We would be amenable to a shorter reasonable time extention for your filing.

Best regards,

Keith Harper




----- Original Message -----
From: Regan, Kevin (ENRD) <Kevin.Regan@usdoj.gov>
To: Munson, Catherine; Austin, Bill; Harper, Keith
Cc: Maroldy, Laura (ENRD) <Laura.Maroldy@usdoj.gov>; Hoang, Anthony (ENRD) <Anthony.Hoang@usdoj.gov>; Martin, John H. (ENRD-NRS) <John.H.Martin@usdoj.gov>; mmccoy@narf.org <mmccoy@narf.org>; bleinbach@elllaw.com <bleinbach@elllaw.com>; Martin, John H. (ENRD-NRS) <John.H.Martin@usdoj.gov>; Rudolph, Maureen (ENRD) <Maureen.Rudolph@usdoj.gov>
Sent: Fri May 09 19:29:11 2008
Subject: Ak-Chin Indian Community v. Kempthorne, et al.; Passamaquoddy Tribe of Maine v. Kempthorne, et al.; Salt River Pima Maricopa v. Kempthorne, et al.; Tohono O'odham Nation v. Kempthorne, et al.

Keith, Bill, and Catherine:

Defendants intend to file motions for a sixty-day enlargement of time to respond to Plaintiffs' motions for entry of a trust record preservation order in the Ak-Chin, Passamaquoddy, Salt River, and Tohono O'odham cases in the District Court for the District of Columbia. We plan on filing those motions either tonight, or later this weekend.

I want to confer with you regarding whether Plaintiffs intend to oppose such a motion, or if they are not opposed to such a motion.

I left a message on each of your voice-mails earlier this evening. I apologize for not contacting you earlier.

I would greatly appreciate it if you could please inform me whether Plaintiffs oppose, do not oppose, or have no position on a sixty-day extension of time. Please respond by email or call my work number listed below.

Thank you,
Kevin Regan

Cc:    Brian Leinbach (Counsel of record for sixteen cases)
       Melody McCoy (Counsel of record for the Nez Perce case)

Kevin E. Regan
U.S. Department of Justice
Natural Resources Section
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663
Tel: (202) 305-3022
Fax: (202) 353-2021