IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AK-CHIN INDIAN COMMUNITY, <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, ROSS O. SWIMMER and HENRY M. PAULSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 06-CV-02245-JR <br> Judge James Robertson <br> **(Electronically filed on May 30, 2008)** |

## MAY 30 STATUS REPORT

Plaintiff-Beneficiary, the Ak-Chin Indian Community ("Ak-Chin"), submits its Status Report pursuant to this Court's Order, issued orally during a March 25, 2008 teleconference, directing the parties to file monthly Status Reports updating the Court on the progress of the production of trust records by Defendants Dirk Kempthorne, Ross O. Swimmer and Henry M. Paulson ("Trustee-Delegates") to Ak-Chin, regarding its trust lands. The background explaining why Ak-Chin so desperately needs its trust records and this Court's involvement in Ak-Chin's attempts to obtain those records is set forth in detail in Ak-Chin's Status Report filed on April 30, 2008. [Docket 39].

Until this afternoon when Trustee-Delegates produced a CD to Ak-Chin's counsel, Ak-Chin had received no additional trust records from Trustee-Delegates since filing the April 30 Status Report. Trustee-Delegates' letter accompanying the CD from Trustee-Delegates states that the CD contains images responsive to Ak-Chin's outstanding requests for trust records regarding rights-of-way and other encumbrances on its reservation. Ak-Chin's counsel has not had the opportunity to review the CD to determine which documents Trustee-Delegates have

produced and thereby be able to determine what trust records remain outstanding or which trust records are duplicative of prior productions, as has occurred in the past.

Aside from the CD it received this afternoon, Ak-Chin has received no additional documentation responsive to its requests for the most rudimentary information regarding rights-of-way and other encumbrances on Ak-Chin's reservation. Thus, Ak-Chin has not received any documents included in its March 24, 2008 letter listing seven right-of-ways for which Ak-Chin needs documentation or any additional documentation in response to its April 22, 2008 letter identifying records which it continues to be missing after the Trustee-Delegates' production of records in March 2008.

The continuing delay in producing trust records – many of which Ak-Chin identified and sought nearly one year ago – causes considerable prejudice to Ak-Chin. The Community's frustration is compounded by the fact that the missing documents are documents which are required by 25 C.F.R. Part 169 to be developed and maintained on file for any lawful right-of-way on tribal land.

In the meantime, development in the areas surrounding Ak-Chin's reservation continues. For example, several roads on the Community's reservation are being expanded and yet the Community is powerless to address these issues because of its fiduciary's continuing failure to provide information it has an obligation to maintain and furnish to Ak-Chin. Trustee-Delegates also continue to claim to be unable to confirm that documents not previously produced in response to requests conveyed months ago are unavailable, thereby adding to the Community's predicament. To protect its rights as against third parties, Ak-Chin must be certain that it has obtained all the documents it requested in the possession of Trustee-Delegates.

Lastly, months into the production process, Trustee-Delegates are advising Ak-Chin that additional materials responsive to the Community's requests may be found in more than 3,000 boxes of records maintained in a cave. Trustee-Delegates are proposing that Ak-Chin – the trust beneficiary – sift through 3,000 boxes of documents of various records belonging to Ak-Chin, and who knows who else, to find its needle in the trustee's haystack. Trustee-Delegates' proposal is unacceptable and simply demonstrates the extent to which Trustee-Delegates have fallen short in the fulfillment of their trust duties. Ak-Chin respectfully requests that this Court schedule a status conference to address this and other issues.

Unless the additional documents produced this afternoon include all of the records Ak-Chin continues to be missing or Trustee-Delegates commit to conducting the further search for responsive trust records in the 3,000 boxes, and Trustee-Delegates agree to confirm in writing that they have conducted a reasonable search and all other documents are unavailable, and will certify that they have provided all extant records in their possession, then the Community will have no choice but to begin the process this Court outlined and adopted during the February 25, 2008 Status Conference.

This 30th day of May, 2008.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621 Admitted *pro hac vice*
KILPATRICK STOCKTON LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
The Ak-Chin Indian Community

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AK-CHIN INDIAN COMMUNITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-02245-JR |
| ) | Judge James Robertson |
| DIRK KEMPTHORNE, ROSS O. ) | **(Electronically filed on May 30, 2008)** |
| SWIMMER and HENRY M. PAULSON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing MAY 30 STATUS REPORT was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

>John H. Martin, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>1961 Stout Street, Eigth Floor
>Denver, CO 80294
>
>Kevin E. Regan, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C.  20044-0663

-6-

This 30th day of May, 2008.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621
Admitted *pro hac vice*
KILPATRICK STOCKTON LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
The Ak-Chin Indian Community