IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-cv-02245-JR |
| UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants ) | |
| ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

On April 29, 2008, the Salt River Pima-Maricopa Indian Community ("the Community") and other plaintiffs, including Plaintiff in this action, filed motions for the entry of trust record preservation orders ("Motion for RRO") in their respective cases. *See, e.g.,* Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 31). In the memorandum accompanying the Motion for RRO, counsel for the Community represented that twenty-two additional individual and groups of tribal plaintiffs "joined in th[e] motion." *See, e.g.,* Memo in Support of Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 32), at 3.

On the same date as this Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Response"), the defendants in *Salt River Pima-Maricopa Indian Community* have filed, or will file, a Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Opposition"), as well as numerous declarations in support of the

Opposition. In the Opposition, the defendants explain in great detail why record retention orders in these Tribal trust cases are unnecessary and prejudicial to the defendants because the orders would, (1) in all critical respects, be duplicative of record preservation procedures already in place, and (2) in numerous critical respects, impose burdens upon the defendants that would substantially impede their operations and mission. Because Defendants in the instant case believe that no trust preservation order is necessary or appropriate, Defendants join in and adopt in its entirety the Opposition filed by the defendants in *Salt River Pima Maricopa Tribe*, including the exhibits filed therewith.

For the reasons set forth above, as well as the reasons set forth in the Opposition and supporting declarations and other exhibits filed in *Salt River Pima Maricopa Tribe*, Defendants request that Plaintiff's Motion for Entry of Trust Record Preservation Order be denied in its entirety.

Respectfully submitted this 20th day of June 2008,

RONALD J. TENPAS

Assistant Attorney General

/s/ *Laura Maroldy*
LAURA MAROLDY
KEVIN E. REGAN
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 514-4565
Tel: (202) 305-3022
Tel: (202) 305-0241
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

ELIZABETH BRANDON
THOMAS BARTMAN
PAUL SMYTH
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 20, 2008, I electronically transmitted the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF TRUST RECORD PRESERVATION ORDER using the ECF system for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/   Laura Maroldy
Laura Maroldy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-cv-02245-JR |
| UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____) | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Entry of Trust Record Preservation Order. Upon consideration of the motion and supporting memorandum, the response filed in this case as well as the response submitted by the defendants in *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.), the record, and the relevant law, it is on this _____ day of _____, 2008,

ORDERED that, for good cause shown, Plaintiff's motion is DENIED.


Dated: _____         _____
                                JAMES ROBERTSON
                                United States District Judge