IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AK-CHIN INDIAN COMMUNITY, <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, ROSS O. SWIMMER and HENRY M. PAULSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 06-CV-02245-JR <br> Judge James Robertson <br> **(Electronically filed on June 30, 2008)** |

**PLAINTIFF'S JUNE 30 STATUS REPORT**

Plaintiff-Beneficiary, the Ak-Chin Indian Community ("Ak-Chin"), submits its Status Report pursuant to this Court's Order, issued orally during a March 25, 2008 teleconference, directing the parties to file monthly Status Reports updating the Court on the progress of the production of trust records by Defendants Dirk Kempthorne, Ross O. Swimmer and Henry M. Paulson ("Trustee-Delegates") to Ak-Chin, regarding its trust lands. Ak-Chin's Status Report filed on April 30, 2008 [Docket 39] set forth the background explaining why Ak-Chin so desperately needs its trust records and the critical importance of this Court's involvement in Ak-Chin's attempts to enforce rudimentary fiduciary obligations and obtain those records.

On May 30, 2008, the date Ak-Chin filed its last Status Report, Trustee-Delegates produced a CD to Ak-Chin's counsel. The CD was not produced in sufficient time for Ak-Chin to review and assess what was in fact produced prior to the filing of its status report a few hours later. Ak-Chin has now had an opportunity to review the CD and determined that, except for one item, it contains only duplicates of documents that had previously been produced. More important is what it did not contain. The government failed to produce critical documents

regarding certain rights-of-way, which Ak-Chin identified on February 27, 2008 as its most pressing priorities. Nor is there any present commitment to produce additional documents by a date certain.

Because of this continuing failure to produce desperately needed material by Ak-Chin's Trustee, on June 23, 2008 counsel for Ak-Chin notified Defendants' counsel of the duplication of the last production, and that there continued to be a significant amount of important trust records that had not been produced. Ak-Chin further requested that Defendants explain how they intended to retrieve the missing trust records.

Earlier today, counsel for Defendants responded by advising that Ak-Chin's concerns regarding the missing documents had been "passed on to the Department of the Interior." There was no indication, however, as to what additional steps -- if any -- Defendants would be taking in an effort to locate these critical materials.

Ak-Chin will continue – at least in the very near term – to work with Defendants' counsel to acquire these materials. Unfortunately, Ak-Chin is concerned that a time is fast approaching when Court intervention as described in the February 25 hearing may well be necessary.

This 30th day of June, 2008.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621
Admitted *pro hac vice*
KILPATRICK STOCKTON LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

-3-

*Attorneys for Plaintiff*
The Ak-Chin Indian Community

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AK-CHIN INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, ROSS O. )<br>SWIMMER and HENRY M. PAULSON, )<br>)<br>Defendants. )<br>) | Case No. 06-CV-02245-JR<br>Judge James Robertson<br>**(Electronically filed on June 30, 2008)** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing PLAINTIFF'S JUNE 30 STATUS REPORT was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

>John H. Martin, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>1961 Stout Street, Eigth Floor
>Denver, CO 80294

>Kevin E. Regan, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663

This 30th day of June, 2008.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621
Admitted *pro hac vice*
KILPATRICK STOCKTON LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
Ak-Chin Indian Community