IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, *et al.*, )<br>)<br>)<br>Defendants. )<br>_____) | Case No. No. 06-cv-02245-JR |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6 (b), notice is hereby given that the appearance of Laura M. L. Maroldy as an attorney for Defendants in the above-captioned matter is withdrawn. Kevin Edward Regan and Anthony P. Hoang of the United States Department of Justice, who have previously entered their appearance as attorneys for Defendants in this matter, remain counsel of record for all Defendants in this case. Their addresses of record remain the same, and are set forth below.

    Kevin Edward Regan
    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C.  20044-0663
    Tel:  (202) 305-3022
    Fax: (202) 353-2021
    kevin.regan@usdoj.gov

Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
anthony.hoang@usdoj.gov

Dated: July 3, 2008

RONALD J. TENPAS
Assistant Attorney General


*/s/ Laura M.L. Maroldy*
LAURA M. L. MAROLDY
laura.maroldy@usdoj.gov
United States Department of Justice
Environment and Natural Resources
    Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 514-4565
Fax: (202) 353-2021

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2008, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed with the Court and served via the Court's electronic filing system ("ECF") upon the following counsel, who is registered as an "ECF user":

>Keith Harper, Esquire
>Kilpatrick Stockton, LLP
>607 14th Street, N.W.
>Washington, D.C. 20005
>
>Attorneys for Plaintiff

E-mail address of record for service via ECF: kharper@kilpatrickstockton.com

Date: 3 July 2008

>/s/ Laura Maroldy
>Laura Maroldy