IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY,             )<br>                                                                )<br>         Plaintiff,                                     )<br>                                                                )<br>   v.                                                        )<br>                                                                )    No. 06-cv-02245-JR<br>DIRK KEMPTHORNE, *et al.*,              )<br>                                                                )<br>                                                                )<br>         Defendants                                 )<br>_____)  | |

**DEFENDANTS' SUPPLEMENTAL STATUS REPORT REGARDING
THEIR RESPONSES TO PLAINTIFF'S REQUEST FOR CERTAIN DOCUMENTS**

On July 31, 2008, Defendants filed a status report pursuant to this Court's Order issued orally during a March 25, 2008 teleconference. Docket (Dkt.) 64 (Defendants' July 31, 2008 Status Report). This Supplemental Status Report corrects and clarifies one aspect of Defendants' July 31, 2008 Status Report and updates another aspect of that status report.

Defendants' July 31, 2008 Status Report reported that on January 31, 2008 Defendant Interior provided Plaintiff with a searchable database of the results of its BISS queries relating to the fifteen rights-of-way identified by Plaintiff. Dkt. 64 at 3. That date is incorrect and was the result of a scrivener's error on the part of undersigned counsel. In fact, undersigned counsel provided Plaintiff's counsel with a Compact Disk (CD) containing several BISS search results on July 31, 2008. That CD, which contained the BISS results in a searchable database in MS Access format, is the first set of BISS results that Defendants have provided to Plaintiff.

Defendants' July 31, 2008 Status Report also noted that the United States was preparing to serve discovery responses on Plaintiff on Friday, August 1, 2008 in connection with Plaintiff's Court of Federal Claims Case, *Ak-Chin Indian Community v. United States*, No. 06-932L (Fed. Cl.). Dkt.

64 n.1. Since filing Defendants' July 31, 2008 Status Report, Defendants sought from Plaintiff an extension of time to serve discovery responses until August 29, 2008, to which Plaintiff has consented. Defendants anticipate producing responsive documents to Plaintiff on or before that date.

Respectfully submitted this 5th day of August, 2008,

                RONALD J. TENPAS
                Assistant Attorney General

                /s/ *Kevin E. Regan*
                KEVIN E. REGAN
                United States Department of Justice
                Environment and Natural Resources Division
                Natural Resources Section
                P.O. Box 663
                Washington, D.C. 20044-0663
                Tel: (202) 305-3022
                Fax: (202) 353-2021

                Attorney for Defendants

                OF COUNSEL:

                ELISABETH BRANDON
                Office of the Solicitor
                United States Department of the Interior
                Washington, D.C. 20240