IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AK-CHIN INDIAN COMMUNITY,<br><br>  Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, ROSS O. SWIMMER and HENRY M. PAULSON,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 06-CV-02245-JR<br>  Judge James Robertson |

### REQUEST FOR PRODUCTION OF TRUST RECORDS PURSUANT TO COURT'S FEBRUARY 25, 2008 ORDER

Pursuant to the procedure adopted by this Court at the February 25, 2008 Hearing, Plaintiff, the Ak-Chin Indian Community ("Ak-Chin"), hereby formally requests that Defendants, Dirk Kempthorne, Ross O. Swimmer and Henry M. Paulson ("Trustee-Delegates"), produce the trust records designated below.

Ak-Chin specifies 10:00 a.m. on September 8, 2008 at the offices of Kilpatrick Stockton LLP, 607 14th St. NW, Suite 900, Washington, DC 20005, as the time and location for this production of trust records. Ak-Chin's counsel invites Trustee-Delegates' counsel to contact them if this date or location is inconvenient or burdensome, so that mutually acceptable arrangements can be discussed.[1]

---

[1] In various correspondence, Trustee-Delegates have suggested that it is appropriate and sufficient for Ak-Chin to travel to Lenexa, Kansas to search upwards of 6400 boxes of documents for Ak-Chin's trust records. To be clear, Ak-Chin does not find that proposal sufficient or acceptable. These are Ak-Chin's records and Trustee-Delegates should produce these records to Ak-Chin as any trustee must. Forcing the beneficiary to review millions of pages of documents because the trustee has chosen to maintain documents in a cumbersome manner is not in conformity with governing procedural rules or trust law. It is an elementary and strict rule of the Law of Trusts that a Trustee must produce information about the corpus of the trust to a beneficiary who requests it. *See* RESTATEMENT (SECOND) OF TRUSTS § 173.

As for the manner of production, Ak-Chin specifies that the trust records shall be produced by Trustee-Delegates and further, that the trust records produced shall be labeled with exhibit numbers which shall correspond to the numbers of each and every written response to this request so that responses will accurately show the production of trust records or the absence thereof.

Pursuant to the Court's February 25, 2008 Order, Trustee-Delegates have 30 days from service to provide the trust records. If Trustee-Delegates object to production of such material or needs clarification, it is required to file an appropriate motion for protective order by no later than 15 days after service of this request.[2] Further, pursuant to the protocol adopted by this Court, if Trustee-Delegates fail to object timely, they thereafter waive their right to object and must provide the requested information.

## REQUESTS FOR TRUST RECORDS

1.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use for Maricopa Casa Grande Highway (SR 238), including, but not limited to those trust records identified in Exhibit A to the April 22, 2008 letter from Catherine F. Munson to Laura Maroldy, attached hereto as Exhibit 1.

2.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use for Peters & Nall Road (Rt. 16), including, but not limited to those trust records identified in Exhibit A to the April 22, 2008 letter from Catherine F. Munson to Laura Maroldy, attached hereto as Exhibit 1.

---

[2] As Ak-Chin communicated to Trustee-Delegates during a telephonic conference on August 4, 2008, Ak-Chin is open to discussing any request informally and clarifying any requests to facilitate the production of the requested records.

US2000 10973951.1

3.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use for Maricopa Highway (SR 347), including, but not limited to those trust records identified in Exhibit A to the April 22, 2008 letter from Catherine F. Munson to Laura Maroldy, attached hereto as Exhibit 1.

4.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use for Farrell Road (Rt. 14), including, but not limited to those trust records identified in Exhibit A to the April 22, 2008 letter from Catherine F. Munson to Laura Maroldy, attached hereto as Exhibit 1.

5.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use by El Paso Natural Gas Company, including, but not limited to those trust records identified in Exhibit A to the April 22, 2008 letter from Catherine F. Munson to Laura Maroldy, attached hereto as Exhibit 1.

6.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use for White & Parker Road (Rt. 33), including, but not limited to those trust records identified in Exhibit A to the April 22, 2008 letter from Catherine F. Munson to Laura Maroldy, attached hereto as Exhibit 1.

7.

Trust records evidencing the creation, rescission or termination of rights-of-way easements, leases, permits or other authorizations of use for Ralston Road, including, but not

limited to those trust records identified in Exhibit A to the April 22, 2008 letter from Catherine F. Munson to Laura Maroldy, attached hereto as Exhibit 1.

8.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use for Murphy Road, including, but not limited to those trust records identified in Exhibit A to the April 22, 2008 letter from Catherine F. Munson to Laura Maroldy, attached hereto as Exhibit 1.

9.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use by the Union Pacific Railroad, including, but not limited to, trust records required per 25 C.F.R. Part 169.

10.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use by the Union Pacific Pipe Line, including, but not limited to, trust records required per 25 C.F.R. Part 169.

11.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use by Southwest Gas, including, but not limited to, trust records required per 25 C.F.R. Part 169.

12.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use by Qwest, including, but not limited to, trust records required per 25 C.F.R. Part 169.

13.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use by Electrical District 3, including, but not limited to, trust records required per 25 C.F.R. Part 169.

14.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use by Western Area Power Administration, including, but not limited to, trust records required per 25 C.F.R. Part 169.

15.

Trust records evidencing the creation, rescission or termination of rights-of-way, easements, leases, permits or other authorizations of use by Arizona Public Service, including, but not limited to, trust records required per 25 C.F.R. Part 169.

This 5th day of August, 2008.

        Respectfully submitted,

        /s/ Keith Harper
        KEITH HARPER
        D.C. Bar No. 451956
        E-mail: kharper@kilpatrickstockton.com
        G. WILLIAM AUSTIN
        D.C. Bar No. 478417
        E-mail: baustin@kilpatrickstockton.com
        CATHERINE F. MUNSON
        Georgia Bar No. 529621 Admitted *pro hac vice*
        KILPATRICK STOCKTON LLP
        607 14th Street, N.W.
        Washington, D.C. 20005
        Phone: (202) 508-5800

        *Attorneys for Plaintiff*
        The Ak-Chin Indian Community