IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, *et al.*, )<br>)<br>)<br>Defendants )<br>_____) | No. 06-cv-02245-JR |

**DEFENDANTS' MOTION FOR A THREE-DAY ENLARGEMENT OF TIME TO FILE
A MOTION FOR A PROTECTIVE ORDER**[1]

Pursuant to Federal Rule of Civil Procedure 6(b), 34(b) and Local Civil Rule 7, Defendants move the Court for a three-day enlargement of time to file a Motion for a Protective Order. The grounds for this motion are as follows:

1. On August 5, 2008, Plaintiff electronically filed its Notice of Request for Production Pursuant to this Court's February 25, 2008 Order and Request for Production of Trust Records Pursuant to Court's February 25, 2008 Order. Docket (Dkt.) Nos. 66 and 67. On August 6, 2008 Plaintiff served its First Amended Request for Production of Trust Records Pursuant to Court's February 25, 2008 Order (Amended Request for Production) by email and by letter.[2]

---

[1] Undersigned counsel conferred by telephone with Plaintiff's counsel, Catherine Munson, on September 4, 2008. Plaintiff's counsel stated that Plaintiff opposes this motion for extension of time.

[2] According to Plaintiff's counsel, Catherine Munson, the Amended Request for Production is identical to the Request for Production that was filed on August 5, 2008, except for the fact that the Amended Request for Production includes Exhibit 1, which was inadvertently omitted from the Request for Production.

1

2.      Under Federal Rule of Civil Procedure 34(b), Defendants are entitled to 30 days from the date of service of Plaintiff's Amended Request for Production to respond appropriately. Fed. R. Civ. P. 34(b)(2) (stating that "[t]he party to whom the request is directed must respond in writing within 30 days after being served.") On August 25, 2008 Defendants filed an Objection to Plaintiff's Request for Production. Dkt. No. 68. That objection stated that Defendants would file an appropriate motion for a protective order by September 4, 2008. By Defendants' calculation, a motion for a protective order is due on either September 4, 2008 or September 5, 2008.[3]

3.      Defendants require a brief extension of time until September 8, 2008 to file their Motion for a Protective Order. Defendants have drafted an initial motion that has been circulated for review among agency counsel and Department of Justice counsel. However, Defendants require further time to allow full consideration of the draft motion and to incorporate proposed edits.

4.      The granting of this motion will not cause any undue prejudice or harm to the rights and interests of the parties herein. Rather, the granting of this motion will promote judicial efficiency and economy and serve the public interest by enabling Defendants to submit well-researched, thoroughly analyzed and reviewed motion papers to the Court and Plaintiff. On the other hand, the denial of this motion will cause adverse impacts on Defendants' ability to prepare; submit for full agency consideration, comment, and approval; incorporate and address comments; and file with the Court fully comprehensive and adequate motion papers.

WHEREFORE, Defendants respectfully request that their motions be GRANTED.

---

[3] Arguably, a response to Plaintiff's Amended Request for Production is due on August 5, 2008.

Respectfully submitted this 4th day of September, 2008,

RONALD J. TENPAS
Assistant Attorney General

/s/ *Kevin E. Regan*
KEVIN E. REGAN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 353-2021

Attorney for Defendants

OF COUNSEL:

ELISABETH BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 06-cv-02245-JR |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' motion for a three-day enlargement of time, to and including September 8, 2008, within which to file their motion for a protective order. Upon consideration of the motion and for good cause shown, it is hereby ORDERED that

1. Defendants' motion should be and hereby is granted.

2. Defendants shall file their motion for a protective order on or before September 8, 2008.

      SO ORDERED

Date: _____          _____
                                                          JAMES ROBERTSON
                                                          United States District Judge