IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AK-CHIN INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, ROSS O. )<br>SWIMMER and HENRY M. PAULSON, )<br>)<br>Defendants. ) | Case No. 06-CV-02245-JR<br>Judge James Robertson<br>**(Electronically filed on September 5, 2008)** |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR A THREE-DAY ENLARGEMENT OF TIME TO FILE A MOTION FOR A PROTECTIVE ORDER

Defendants moved the Court for a three day enlargement of time to file a Motion for Protective Order filed on September 4, 2008 in the instant case. Plaintiff, the Ak-Chin Indian Community ("Ak-Chin"), opposes Defendants' Motion for a Three-Day Enlargement of Time to File a Motion for a Protective Order for the following three reasons:

First, the motion for enlargement is untimely. Defendants had until August 25, 2008 to file a motion for protective order since this Court modified the ordinary federal rules to provide defendants 15 days to object. *See* Tr. of Feb. 25, 2008 Status Conference at 23-24. Defendants failed to file a motion for protective order in those 15 days and instead only filed two global objections (both of which are without merit as we demonstrate in our motion to compel). They have accordingly waived their right to object further since this Court made clear that all objections needed to be filed by August 25th – 15 days after the requests were served. *Id.*

Second, even if the motion were not untimely, Defendants have utterly failed to show that "good cause" exists justifying their requested enlargement. Defendants meagerly assert that they need more time to "allow full consideration" of their draft motion and "to incorporate proposed edits." ([Dkt. #69].) This is not a valid basis upon which to seek an enlargement of time.

Moreover, following service of Defendants' objections, the Court scheduled a hearing to be held September 9, 2008 at 9:30 a.m. to consider the production of Ak-Chin's records and Defendants' objections. Now Defendants would like an enlargement so that Ak-Chin will receive their motion for protective order a few hours before the hearing. It is readily apparent that this will severely prejudice Ak-Chin.

Third, Defendants have added insult to injury by the actions taken prior to filing the motion. In conferences among counsel for the parties on August 27 and August 28, 2008 Defendant's counsel reiterated Defendants' intent to move this Court for a protective order within 30 days by September 4, 2008. Defendants made no mention that they would seek an enlargement. Instead, Defendants' counsel contacted Ak-Chin's counsel by telephone on September 4, 2008 at approximately 3:00 p.m. to meet and confer with respect to this motion as mandated by the Local Rules - a couple of hours before Defendants filed their motion for an enlargement of time. No explanation was given as to why the motion had not been timely prepared – for this reason alone, Defendants' motion should be denied.

Finally, we note that Defendants' enlargement request is also unnecessary. The Court currently has all the information it needs to resolve the discovery issue slated for its review on September 9th: Ak-Chin's August 5th service of requests, Defendants' August 25th objections and Ak-Chin's Motion to Compel Trust Records filed earlier today. The issue to be decided by the Court on September 9th is whether Defendants can evade complying with Ak-Chin's requests for urgently needed trust records on grounds that this is nothing more than an APA-type review case in which discovery is proscribed, and due to the fact that a motion to dismiss has been filed and is pending.

In short, there is no basis for this untimely motion that will surely prejudice Ak-Chin. For these reasons, Ak-Chin respectfully request that Defendants' motion for enlargement be denied.

Respectfully submitted, this 5th day of September, 2008.

/s/ Keith M. Harper
KEITH M. HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621, Admitted *Pro Hac Vice*
Email: cmunson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, DC 20005
Tel: (202) 508-5844
Fax: (202) 585-0007

*Attorneys for Plaintiff*
The Ak-Chin Indian Community