IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | No. 06-cv-02245-JR |

## DEFENDANTS' NOTICE OF ERRATA

Defendants submit this Notice of Errata attaching Defendants' Motion for a Protective Order, which was inadvertently omitted from Defendants' Memorandum of Points and Authorities in Support for their Motion for a Protective Order filed on September 8, 2008, Docket No. 73.

Respectfully submitted this 9th day of September, 2008,

                                                RONALD J. TENPAS
                                              Assistant Attorney General

                                              */s/ Kevin E. Regan*
                                              KEVIN E. REGAN, OR Bar # 044825
                                              ALISON D. GARNER, UT Bar # 9988
                                              United States Department of Justice
                                              Environment and Natural Resources Division
                                              Natural Resources Section
                                              P.O. Box 663
                                              Washington, D.C. 20044-0663
                                              Tel: (202) 305-3022
                                              Tel: (202) 514-2855
                                              Fax: (202) 353-2021

                                              Attorney for Defendants

                                              OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
JAMES STROUD
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)    No. 06-cv-02245-JR<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, *et al.*, )<br>)<br>    Defendants. )<br>_____ ) | |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Defendants hereby respectfully move that the Court enter an order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure (Fed R. Civ. P.) limiting its review in this case to the administrative record and barring any extra-record discovery.[1] Defendants request that, at a minimum, the Court stay any discovery efforts in this case until (1) the Court has ruled on Defendants' pending motion to dismiss on jurisdictional grounds (which has been fully briefed, argued, and submitted) and determined the appropriate next steps in the proceedings, if any; (2) the appropriate administrative record, if one is needed, has been compiled and submitted; and (3) Plaintiff has reviewed that record and demonstrated, by clear evidence, the application of one of the narrow exceptions that allow for extra-record discovery.

---

[1] On August 29, 2008, undersigned counsel for Defendants conferred by telephone with Plaintiff's counsel, Bill Austin, pursuant to Fed. R. Civ. P. 26(c)(1) and Local Civil Rule (LcvR) 7(m), in a good-faith effort to resolve the parties' dispute without the need for this motion. Counsel were unable to resolve the matter, however. Mr. Austin stated that Plaintiff opposes this motion.

Respectfully submitted this 9th day of September, 2008,

        RONALD J. TENPAS
        Assistant Attorney General

        */s/ Kevin E. Regan*
        KEVIN E. REGAN, OR Bar # 044825
        ALISON D. GARNER, UT Bar # 9988
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-3022
        Tel: (202) 514-2855
        Fax: (202) 353-2021

        Attorney for Defendants

        OF COUNSEL:

        PAUL SMYTH
        ELISABETH BRANDON
        JAMES STROUD
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C. 20240

        TERESA E. DAWSON
        THOMAS KEARNS
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C. 20227